## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: ] | Chapter 7 Case |
|    PIOTR ROBAK and ] | Case No. 12-21390 |
|    KATARZYNA A. WITEK-ROBAK ] | Hon. CAROL A. DOYLE |
|                       Debtors. ] | |

### NOTICE OF MOTION

TO: ALL ECF REGISTRANTS; and by U.S. Mail to:
     All Parties listed on the attached Mailing Matrix; and
     Piotr Robak and Katarzyna Witek-Robak, 2831 Ruby Street, Franklin Park IL 60131

     PLEASE TAKE NOTICE that the undersigned has filed the attached **TRUSTEE'S MOTION TO APPROVE SPECIAL COUNSEL FEES AND EXPENSES COMBINED WITH FINAL APPLICATION OF JAMES HANNAN, LTD, JOSEPH BOSCO AND LAROSE & BOSCO, LTD FOR COMPENSATION AND EXPENSE REIMBURSEMENT PURSUANT TO 11 U.S.C § 330**, and said motion shall be heard **OCTOBER 23, 2013**, at the hour of **10:00AM** before the Honorable Carol A. Doyle, or any Judge sitting in her stead, in Room 742 of the Dirksen Federal Building, 219 S Dearborn Street, Chicago IL.  A copy of the motion is attached hereto.

                                                    DEBORAH K. EBNER,

                               By:     /s/ Deborah K. Ebner
                                              Deborah K. Ebner, Trustee

Deborah K, Ebner (#6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, Illinois 60603
(312) 922-3838

### CERTIFICATE OF SERVICE

     I, DEBORAH K. EBNER, hereby certify that on September 24, 2013, I caused copies of this Notice and attached Motion to be served upon the parties listed on the attached mailing matrix by mailing same in a postage-prepaid envelope and by electronically serving all ECF Registrants by means of the ECF Filing System.

                                                        /s/ Deborah K. Ebner
                                                         Deborah K. Ebner

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 12-21390<br>Northern District of Illinois<br>Chicago<br>Tue Sep 24 12:57:29 CDT 2013 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | GMAC Mortgage, LLC (successor by merger to G<br>c/o Codilis and Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 |
| Harley Davidson Credit Corpopration<br>9441 LBJ Freeway Suite 250<br>Dallas, TX 75243-4640 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | ABC Truck and Body Repair<br>334 W. Grand Ave.<br>Elmhurst, IL 60126-1106 |
| (p)ADVANTA<br>700 DRESHER RD<br>HORSHAM PA 19044-2206 | Advanta Bank Corporation<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | American Express<br>PO Box 981537<br>El Paso, TX 79998-1537 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | Atlas Acquisitions LLC  (Fleet Bank (RI), N.<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Atlas Acquisitions LLC  (MBNA America, N.A)<br>294 Union St.<br>Hackensack, NJ 07601-4303 |
| Bank of America<br>PO Box 15026<br>Wilmington, DE 19850-5026 | Bank of America<br>PO Box 17054<br>Wilmington, DE 19850-7054 | (p)COLLECT AMERICA LTD<br>4340 S MONACO PKWY<br>2ND FL<br>DENVER CO 80237-3408 |
| Cach LLC/Collect America<br>4340 S. Monaco St., #2<br>Denver, CO 80237-3408 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capitol One<br>PO Box 3281<br>Salt Lake City, UT 84110-3281 |
| Chase / Toys R Us<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Chase Bank<br>PO Box 24696<br>Columbus, OH 43224-0696 | Chase Bank USA<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Chase Bank USA NA<br>131 S. Dearborn St. 5th fl<br>Chicago, IL 60603-5517 | Citi Cards/Citibank<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 | Discover Bank<br>Baker & Miller<br>29 N. Wacker Dr<br>Chicago, IL 60606-3221 |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Equable Ascent Financial<br>1120 W. Lake Cook Road #A<br>Buffalo Grove, IL 60089-1970 |
| GMAC Mortgage<br>PO Box 4622<br>Waterloo, IA 50704-4622 | HSBC Best Buy<br>PO Box 15521<br>Wilmington, DE 19850-5521 | Harley Davidson Credit Corp<br>PO Box 22048<br>Carson City, NV 89721-2048 |

| | | |
|---|---|---|
| Home Depot/Citibank<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Michael Fine<br>131 S. Dearborn<br>Chicago, IL 60603-5571 | Nicor Gas<br>PO Box 8350<br>Aurora, IL 60507-8577 |
| PYOD, LLC its successors and assigns as assi<br>of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Sears/CBNA<br>701 E. 60th St., North<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 | Southeast Financial CU<br>PO Box 331788<br>Nashville, TN 37203-7517 |
| (p)STELLAR RECOVERY INC<br>1327 US HIGHWAY 2 WEST<br>STE 100<br>KALISPELL MT 59901-3413 | Deborah Kanner Ebner<br>11 E Adams St<br>Suite 904<br>Chicago, IL 60603-6306 | James Michael Hannan<br>1012 Pleasant St<br>Apt 2A<br>Oak Park, IL 60302-3081 |
| Joseph Bosco<br>LaRose & Bosco, Ltd<br>200 North LaSalle Street<br>Ste 2810<br>Chicago, IL 60601-1131 | Katarzyna A Witek-Robak<br>2831 Ruby Street<br>Franklin Park, IL 60131-2623 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Piotr Robak<br>2831 Ruby Street<br>Franklin Park, IL 60131-2623 | Susan A Goreczny<br>Sacks. Goreczny, Maslanka & Costello PC<br>79 W Monroe St Ste 912<br>Chicago, IL 60603-4974 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Advanta Bank<br>PO Box 844<br>Spring House, PA 19477 | Cach LLC<br>370 17th St., #5000<br>Denver, CO 80202 | Discover Financial Services<br>PO Box 15316<br>Wilmington, DE 19850-5316 |
| Stellar Recovery Inc.<br>1845 Highway 93 South #310<br>Kalispell, MT 59901 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | (d)Atlas Acquisitions LLC  (Fleet Bank (RI),<br>294 Union St.<br>Hackensack, NJ 07601-4303 | End of Label Matrix<br>Mailable recipients    43<br>Bypassed recipients     2<br>Total                  45 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: ] | Chapter 7 Case |
|    PIOTR ROBAK and ] | Case No. 12-21390 |
|    KATARZYNA A. WITEK-ROBAK ] | Hon. CAROL A. DOYLE |
|                          Debtors. ] | |

**TRUSTEE'S MOTION TO APPROVE SPECIAL COUNSEL FEES
AND EXPENSES COMBINED WITH FINAL APPLICATION OF
JAMES HANNAN, LTD, JOSEPH BOSCO AND LAROSE & BOSCO, LTD FOR
COMPENSATION AND EXPENSE REIMBURSEMENT PURSUANT TO 11 U.S.C. §330**

Deborah K. Ebner, Trustee for the Estate of Piotr Robak and Katarzyna W. Witek-Robak, by and through her attorney, the Law Office of Deborah Kanner Ebner, presents her Motion to Approve Special Counsel Fees and Expenses Combined with Final Application of James Hannan, Ltd, Joseph Bosco, and LaRose & Bosco, Ltd for Compensation and Expense Reimbursement Pursuant to 11 U.S.C. § 330. In support of her Motion, the Trustee respectfully states as follows:

1. Debtors filed a Voluntary Petition for Relief pursuant to the provisions of Chapter 7 of the United States Bankruptcy Code on May 25, 2012.

2. Deborah K. Ebner is the duly appointed and acting Trustee of the Debtor's chapter 7 case.

3. The initial meeting of creditors was conducted on July 31, 2012, and was continued to August 30, 2012, after which the Trustee filed a Report of No Assets. Debtors received a discharge, and this case was closed.

4. After this case was closed, Trustee was contacted by Plaintiff's counsel and advised of Debtor's lawsuit captioned <u>Robak et al v. Buddy's Sports Bar, et al</u>, (hereinafter "the Lawsuit"), pending as Case No. 12L12237 in the Circuit Court of Cook County, Law Division.

5. Trustee conducted due diligence as to the merits of the Lawsuit, and determined that, if she were able to acquire cooperation from the Debtors with prosecution of the claim, that, in all likelihood, there would be a distribution for creditors. Accordingly, the bankruptcy case was reopened, Trustee was reappointed, Trustee retained Debtor's counsel in the Lawsuit as Special Counsel for the

Estate.

6. Contemporaneously herewith, Trustee presents to this Court a Motion to Approve an offer of settlement of the Lawsuit. The Settlement Proposal, which Proposal is supported by Trustee, is for a total of $47,500.00 to the Estate in exchange for a full release of all claims against the Defendant.

7. By this Court's order, the Trustee has employed James Hannan, Ltd, Joseph Bosco, and LaRose & Bosco, Ltd ("Personal Injury Counsel") as the Estate's special counsel for the specific purpose of continuing its representation of Piotr Robak and Katarzyna A. Witek-Robak and representing the interests of the Estate of Piotr Robak and Katarzyna A. Witek-Robak in the prosecution of the Lawsuit. A copy of this Court's order authorizing retention and entered February 27, 2013 is attached hereto and incorporated as **Exhibit A**[1].

8. As stated within the terms of its Contract of Representation, Personal Injury Counsel has represented that its collective fee would be a sum equal to 25% of the gross amount recovered from the claim by settlement. These terms were agreed to by the Trustee and set forth within the Trustee's Motion to Employ the Personal Injury Counsel, but, for whatever reason, were not included in the Retention Order. A copy of the Contract of Representation is attached hereto and incorporated herein as **Exhibit B**.

9. Personal Injury Counsel now seeks award of a 25% contingency payment of its fees and actual expenses as follows:

        Legal Fees:    $11,875.00
        Case Costs:     2,161.89
        Total:          $14,036.89

A copy of Personal Injury Counsel's expense itemization is attached hereto and incorporated herein as **Exhibit C**.

---

[1] Pursuant to Order of this Court, the Trustee was authorized to employ the Debtors' personal injury counsel LaRose & Bosco, Ltd and Attorney James Hannan, as special counsel to pursue the Lawsuit (the "Special Counsel"). The terms of Special Counsel's retention by the Estate were identical to its retention by the Debtors, namely the aggregate fee will be a contingent twenty-five percent (25%) of the gross recovery of all funds collected, in addition to reimbursement of reasonable costs and expenses. These terms, however, were not included in the Retention Order.

10. Given the results of the Lawsuit, the contemplated receipt of $47,500.00 by the Estate and the typical fee awards for similar contingency cases, the Trustee believes the amounts sought by Personal Injury Counsel are reasonable. Accordingly, the Trustee seeks the award of the total $11,875.00 as and for final compensation and $2,161.89 as and for final expense reimbursement for Personal Injury Counsel.

11. The Trustee has served all creditors and parties-in-interest with a copy of this Motion.

12. While the Trustee typically seeks to pay professionals at the close of a case, the Trustee seeks to make payment at this time to help reduce the bank carrying charges being incurred by the Estate.

**WHEREFORE,** the Trustee respectfully requests that the Court enter an order substantially in the form attached hereto; (i) granting this Application; (ii) approving the award of final compensation fees and expense reimbursement as further described herein; (iii) finding that Notice is sufficient as given, and (iv) granting such other and further relief as this Court may deem just and proper.

    Respectfully submitted,
    Deborah K. Ebner, not individually, but as
    Trustee for the Estate of Piotr Robak and
    Katarzyna W. Witek-Robak

By:   /s/Deborah K. Ebner, Trustee
       Deborah K. Ebner, Trustee

Deborah K, Ebner (#6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, Illinois 60603
(312) 922-3838