UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: ROBAK, PIOTR                                                                                  Case No.  12-21390
         WITEK-ROBAK, KATARZYNA A

                                                                                                                  Chapter   7
_____,
                              Debtors

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 25, 2012.  The undersigned trustee was appointed on May 25, 2012.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of          $            47,500.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 14,062.03 |
| Bank service fees | 37.05 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 18,400.92 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 10/16/2013 and the deadline for filing governmental claims was 10/16/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,000.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $4,000.00, for a total compensation of $4,000.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $277.26, for total expenses of $277.26.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/15/2014            By: /s/DEBORAH K. EBNER, Trustee
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-21390  
**Case Name:** ROBAK, PIOTR  
WITEK-ROBAK, KATARZYNA A  
**Period Ending:** 04/15/14

**Trustee:** (330480) DEBORAH K. EBNER, Trustee  
**Filed (f) or Converted (c):** 05/25/12 (f)  
**§341(a) Meeting Date:** 07/31/12  
**Claims Bar Date:** 10/16/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Vacant lot, Brooksville, Florida, owns jointly w | 2,000.00 | 0.00 | | 0.00 | FA |
| 2 | Single family residence, Location: 2831 Ruby Str | 135,000.00 | 0.00 | | 0.00 | FA |
| 3 | Business checking account, P & K Trucking with T | 665.92 | 0.00 | | 0.00 | FA |
| 4 | Joint checking account, Chase Bank, Account #479 | 24.49 | 0.00 | | 0.00 | FA |
| 5 | Checking account, TCF Bank, Account No. 5787 | 423.68 | 0.00 | | 0.00 | FA |
| 6 | 2 couches, bookcase, desk, chair, table, lamp, r | 1,590.00 | 0.00 | | 0.00 | FA |
| 7 | Family wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Roller blades, 3 bicycles, camera | 140.00 | 0.00 | | 0.00 | FA |
| 9 | IRA account, Merrill Edge, Acct. No. 36R49 | 356.04 | 0.00 | | 0.00 | FA |
| 10 | 1997 Pontiac Bonneville | 2,750.00 | 0.00 | | 0.00 | FA |
| 11 | 2000 Nissan Quest | 2,350.00 | 0.00 | | 0.00 | FA |
| 12 | 2010 Harley-Davidson Eletra Glide Classic | 14,525.00 | 0.00 | | 0.00 | FA |
| 13 | 1999 Freightliner FLD tracker trailer | 7,500.00 | 0.00 | | 0.00 | FA |
| 14 | Debtor's personal injury claim arising from acci (u) | Unknown | Unknown | | 47,500.00 | FA |
| 14 | **Assets** **Totals** (Excluding unknown values) | **$168,325.13** | **$0.00** | | **$47,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Litigation is pending in state court, the proceeds of which are property of the Estate.

**Initial Projected Date Of Final Report (TFR):** December 31, 2018    **Current Projected Date Of Final Report (TFR):** December 31, 2018

Printed: 04/15/2014 11:14 PM    V.13.14

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-21390  
**Case Name:** ROBAK, PIOTR  
WITEK-ROBAK, KATARZYNA A  
**Taxpayer ID #:** **-***0723  
**Period Ending:** 04/15/14  

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/09/14 | {14} | Insurance Agents Co-Operative Inc. | | 1242-000 | 14,036.89 | | 14,036.89 |
| 01/09/14 | {14} | Insurance Agents Co-Operative Inc. | | 1242-000 | 15,000.00 | | 29,036.89 |
| 01/09/14 | {14} | Insurance Agents Co-Operative Inc. | | 1242-000 | 18,463.11 | | 47,500.00 |
| 01/11/14 | 101 | Piotr & Katarzyna Robak | Ref # EXEMPTION CLAIM | 8100-002 | | 15,000.00 | 32,500.00 |
| 01/11/14 | 102 | James A. Hannan, Ltd & LaRose & Bosco, Ltd | Ref # HANNAN/BOSCO | 3220-610 | | 2,161.89 | 30,338.11 |
| 01/11/14 | 103 | James A. Hannan, Ltd & LaRose & Bosco, Ltd | Ref # HANNAN/BOSCO Voided on 01/13/14 | 3210-600 | | 11,875.00 | 18,463.11 |
| 01/13/14 | 103 | James A. Hannan, Ltd & LaRose & Bosco, Ltd | Ref # HANNAN/BOSCO Voided: check issued on 01/11/14 | 3210-600 | | -11,875.00 | 30,338.11 |
| 01/13/14 | 104 | James A. Hannan, Ltd & LaRose & Bosco, Ltd | Ref # HANNAN/BOSCO | 3210-600 | | 11,875.00 | 18,463.11 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.05 | 18,426.06 |
| 02/03/14 | 105 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2014 FOR CASE #12-21390, Bond #016026455 | 2300-000 | | 25.14 | 18,400.92 |
| | | | **ACCOUNT TOTALS** | | 47,500.00 | 29,099.08 | **$18,400.92** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 47,500.00 | 29,099.08 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$47,500.00** | **$14,099.08** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7566** | 47,500.00 | 14,099.08 | 18,400.92 |
| | $47,500.00 | $14,099.08 | $18,400.92 |

{} Asset reference(s)

Printed: 04/15/2014 11:14 PM    V.13.14

| | | | | | |
|---|---|---|---|---|---|
| Printed: 04/15/14 11:14 PM | **Claims Distribution Register** | | | | Page: 1 |

**Case: 12-21390 ROBAK, PIOTR**

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| **Secured Claims:** | | | | | | | | |
| EXEMPTIO | 05/25/12 | 100 | Piotr & Katarzyna Robak<br>2831 Ruby Street<br>Franklin Park, IL 60131<br>\<8100-00 Exemptions\> | 0.00 | 15,000.00 | 15,000.00 | 0.00 | 0.00 |
| NOTFILED | 05/25/12 | 100 | Harley Davidson Credit Corp<br>PO Box 22048<br>Carson City, NV 89721-2048<br>\<4110-00 Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)\> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/25/12 | 100 | GMAC Mortgage<br>PO Box 4622<br>Waterloo, IA 50704-4622<br>\<4110-00 Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)\> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/25/12 | 100 | Chase Bank<br>PO Box 24696<br>Columbus, OH 43224<br>\<4110-00 Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)\> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100: 100% Paid** | **$0.00** | **$15,000.00** | **$15,000.00** | **$0.00** | **$0.00** |
| | | | **Total for Secured Claims:** | **$0.00** | **$15,000.00** | **$15,000.00** | **$0.00** | **$0.00** |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 05/25/12 | 200 | DEBORAH K. EBNER<br>11 EAST ADAMS STREET<br>SUITE 904<br>CHICAGO, IL 60603<br>\<2100-00 Trustee Compensation\> | 4,000.00 | 4,000.00 | 0.00 | 4,000.00 | 4,000.00 |
| | 05/25/12 | 200 | DEBORAH K. EBNER<br>11 EAST ADAMS STREET<br>SUITE 904<br>CHICAGO, IL 60603<br>\<2200-00 Trustee Expenses\> | 277.26 | 277.26 | 0.00 | 277.26 | 277.26 |
| | 05/25/12 | 200 | International Sureties<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139<br>\<2300-00 Bond Payments\> | 25.14 | 25.14 | 25.14 | 0.00 | 0.00 |
| | 05/25/12 | 200 | Deborah K. Ebner, ESQ.<br>11 East Adams Suite 904<br>Chicago, IL 60603<br>\<3110-00 Attorney for Trustee Fees (Trustee Firm)\> | 1,479.50 | 1,479.50 | 0.00 | 1,479.50 | 1,479.50 |
| | 05/25/12 | 200 | James A. Hannan, Ltd & LaRose &<br>Bosco, Ltd<br>c/o 200 North LaSalle Street<br>#2810<br>Chicago, IL 60601<br>\<3220-61 Special Counsel for Trustee Expenses\><br>Per Order | 0.00 | 2,161.89 | 2,161.89 | 0.00 | 0.00 |

Printed: 04/15/14 11:14 PM                **Claims Distribution Register**                Page: 2

**Case:  12-21390    ROBAK, PIOTR**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
|  | 05/25/12 | 200 | James A. Hannan, Ltd & LaRose & Bosco, Ltd<br>c/o 200 North LaSalle Street #2810<br>Chicago, IL 60601<br>&lt;3210-60   Special Counsel for Trustee Fees&gt;<br>Per Order dated 10/23/13 | 0.00 | 11,875.00 | 11,875.00 | 0.00 | 0.00 |
|  |  |  | **Total for Priority 200:   100% Paid** | **$5,781.90** | **$19,818.79** | **$14,062.03** | **$5,756.76** | **$5,756.76** |
|  |  |  | **Total for Admin Ch.  7 Claims:** | **$5,781.90** | **$19,818.79** | **$14,062.03** | **$5,756.76** | **$5,756.76** |

**Unsecured Claims:**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | 07/17/13 | 810 | Advanta Bank Corporation<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 14,342.90 | 14,342.90 | 0.00 | 14,342.90 | 1,314.65 |
| 2 | 07/17/13 | 810 | PYOD LLC its successors & assigns<br>assignes of Citibank<br>Resurgent Capital Services<br>PO BOX 1908<br>Greenville, SC 29602<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 11,054.26 | 11,054.26 | 0.00 | 11,054.26 | 1,013.21 |
| 3 | 07/18/13 | 810 | Atlas Acquisitions LLC (MBNA America, N.A)<br>294 Union St.<br>Hackensack, NJ 07601<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 14,924.64 | 14,924.64 | 0.00 | 14,924.64 | 1,367.97 |
| 4 | 07/18/13 | 810 | Atlas Acquisitions LLC (MBNA America, N.A)<br>294 Union St.<br>Hackensack, NJ 07601<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 10,993.40 | 10,993.40 | 0.00 | 10,993.40 | 1,007.64 |
| 5 | 07/18/13 | 810 | Atlas Acquisitions LLC (Fleet Bank (RI), N.A)<br>294 Union St.<br>Hackensack, NJ 07601<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 23,596.87 | 23,596.87 | 0.00 | 23,596.87 | 2,162.85 |
| 6 | 07/18/13 | 810 | Atlas Acquisitions LLC (Fleet Bank (RI), N.A)<br>294 Union St.<br>Hackensack, NJ 07601<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>--------------------------------------------------------------------------------<br>Schedule F Account: XXXX-XXXX-XXXX-9937 | 4,803.93 | 4,803.93 | 0.00 | 4,803.93 | 440.32 |

Printed: 04/15/14 11:14 PM     **Claims Distribution Register**     Page: 3

**Case: 12-21390    ROBAK, PIOTR**

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 7 | 07/19/13 | 810 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br>\<7100-00   General Unsecured § 726(a)(2)\> | 13,451.80 | 13,451.80 | 0.00 | 13,451.80 | 1,232.97 |
| 8 | 07/19/13 | 810 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br>\<7100-00   General Unsecured § 726(a)(2)\> | 10,054.03 | 10,054.03 | 0.00 | 10,054.03 | 921.53 |
| 9 | 08/02/13 | 810 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br>\<7100-00   General Unsecured § 726(a)(2)\> | 9,089.51 | 9,089.51 | 0.00 | 9,089.51 | 833.13 |
| 10 | 05/25/12 | 810 | American Express Centurion<br>c/o Becket & Lee LLP<br>POB 3001<br>Malvern, PA 19355<br>\<7100-00   General Unsecured § 726(a)(2)\> | 10,165.71 | 10,165.71 | 0.00 | 10,165.71 | 931.77 |
| 11 | 10/08/13 | 810 | LVNV Funding, LLC assigns as<br>assignee of FIA Card Services N<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br>\<7100-00   General Unsecured § 726(a)(2)\> | 9,016.77 | 9,016.77 | 0.00 | 9,016.77 | 826.46 |
| 12 | 10/08/13 | 810 | LVNV Funding, LLC assigns as<br>assignee of FIA Card Services<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br>\<7100-00   General Unsecured § 726(a)(2)\> | 5,898.58 | 5,898.58 | 0.00 | 5,898.58 | 540.65 |
| 13 | 10/08/13 | 810 | LVNV Funding, LLC assigns as<br>assignee of FIA Card Services N<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br>\<7100-00   General Unsecured § 726(a)(2)\> | 556.48 | 556.48 | 0.00 | 556.48 | 51.01 |
| NOTFILED | 05/25/12 | 810 | Sears/CBNA<br>701 E. 60th St., North<br>PO Box 6241<br>Sioux Falls, SD 57117<br>\<7100-00   General Unsecured § 726(a)(2)\> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/25/12 | 810 | Chase Bank USA NA<br>131 S. Dearborn St. 5th fl<br>Chicago, IL 60603<br>\<7100-00   General Unsecured § 726(a)(2)\> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Printed: 04/15/14 11:14 PM        **Claims Distribution Register**        Page: 4

**Case: 12-21390   ROBAK, PIOTR**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | 05/25/12 | 810 | Bank of America<br>PO Box 17054<br>Wilmington, DE 19850<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/25/12 | 810 | Bank of America<br>PO Box 17054<br>Wilmington, DE 19850-7054<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/25/12 | 810 | Chase Bank USA<br>PO Box 15298<br>Wilmington, DE 19850<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/25/12 | 810 | ABC Truck and Body Repair<br>334 W. Grand Ave.<br>Elmhurst, IL 60126<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/25/12 | 810 | Home Depot/Citibank<br>PO Box 6497<br>Sioux Falls, SD 57117<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/25/12 | 810 | HSBC Best Buy<br>PO Box 15521<br>Wilmington, DE 19805<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/25/12 | 810 | Chase Bank USA<br>PO Box 15298<br>Wilmington, DE 19850<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/25/12 | 810 | Chase Bank USA NA<br>131 S. Dearborn St. 5th fl<br>Chicago, IL 60603<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/25/12 | 810 | Southeast Financial CU<br>PO Box 331788<br>Nashville, TN 37203<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/25/12 | 810 | Home Depot/Citibank<br>PO Box 6497<br>Sioux Falls, SD 57117<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/25/12 | 810 | Equable Ascent Financial<br>1120 W. Lake Cook Road #A<br>Buffalo Grove, IL 60089<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Printed: 04/15/14 11:14 PM                **Claims Distribution Register**                                Page: 5

### Case: 12-21390   ROBAK, PIOTR

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | 05/25/12 | 810 | Chase / Toys R Us<br>PO Box 15298<br>Wilmington, DE 19850<br>\<7100-00   General Unsecured § 726(a)(2)\> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 05/25/12 | 810 | Nicor Gas<br>PO Box 8350<br>Aurora, IL 60507-8350<br>\<7100-00   General Unsecured § 726(a)(2)\> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 810:   9.16583% Paid** | **$137,948.88** | **$137,948.88** | **$0.00** | **$137,948.88** | **$12,644.16** |
| | | | **Total for Unsecured Claims:** | **$137,948.88** | **$137,948.88** | **$0.00** | **$137,948.88** | **$12,644.16** |
| | | | **Total for Case :** | **$143,730.78** | **$172,767.67** | **$29,062.03** | **$143,705.64** | **$18,400.92** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 12-21390
Case Name: ROBAK, PIOTR
Trustee Name: DEBORAH K. EBNER, Trustee

**Balance on hand:** $ 18,400.92

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 18,400.92

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER | 4,000.00 | 0.00 | 4,000.00 |
| Trustee, Expenses - DEBORAH K. EBNER | 277.26 | 0.00 | 277.26 |
| Attorney for Trustee, Fees - Deborah K. Ebner, ESQ. | 1,479.50 | 0.00 | 1,479.50 |

Total to be paid for chapter 7 administration expenses: $ 5,756.76
Remaining balance: $ 12,644.16

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 12,644.16

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|   |   |   |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 12,644.16 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 137,948.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Advanta Bank Corporation | 14,342.90 | 0.00 | 1,314.65 |
| 2 | PYOD LLC its successors & assigns assigness of Citibank | 11,054.26 | 0.00 | 1,013.21 |
| 3 | Atlas Acquisitions LLC (MBNA America, N.A) | 14,924.64 | 0.00 | 1,367.97 |
| 4 | Atlas Acquisitions LLC (MBNA America, N.A) | 10,993.40 | 0.00 | 1,007.64 |
| 5 | Atlas Acquisitions LLC (Fleet Bank (RI), N.A) | 23,596.87 | 0.00 | 2,162.85 |
| 6 | Atlas Acquisitions LLC (Fleet Bank (RI), N.A) | 4,803.93 | 0.00 | 440.32 |
| 7 | Discover Bank | 13,451.80 | 0.00 | 1,232.97 |
| 8 | Discover Bank | 10,054.03 | 0.00 | 921.53 |
| 9 | Capital One Bank (USA), N.A. | 9,089.51 | 0.00 | 833.13 |
| 10 | American Express Centurion | 10,165.71 | 0.00 | 931.77 |
| 11 | LVNV Funding, LLC assigns as assignee of FIA Card Services N | 9,016.77 | 0.00 | 826.46 |
| 12 | LVNV Funding, LLC assigns as assignee of FIA Card Services | 5,898.58 | 0.00 | 540.65 |
| 13 | LVNV Funding, LLC assigns as assignee of FIA Card Services N | 556.48 | 0.00 | 51.01 |

|   |   |   |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 12,644.16 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for subordinated claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**