# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ROBAK, PIOTR § | Case No. 12-21390 |
| WITEK-ROBAK, KATARZYNA A § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St., 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 05/28/2014 in Courtroom 742, United States Courthouse, 219 S. Dearborn St., 7th Floor, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/21/2014     By:  /s/DEBORAH K. EBNER
                                  Trustee

DEBORAH K. EBNER, Trustee
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: ROBAK, PIOTR | § | Case No. 12-21390 |
| WITEK-ROBAK, KATARZYNA A | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $  47,500.00

*and approved disbursements of* $  29,099.08

*leaving a balance on hand of* [1] $  18,400.92

**Balance on hand:** $  18,400.92

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:  $  0.00
Remaining balance:  $  18,400.92

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER | 4,000.00 | 0.00 | 4,000.00 |
| Trustee, Expenses - DEBORAH K. EBNER | 277.26 | 0.00 | 277.26 |
| Attorney for Trustee, Fees - Deborah K. Ebner, ESQ. | 1,479.50 | 0.00 | 1,479.50 |

Total to be paid for chapter 7 administration expenses:  $  5,756.76
Remaining balance:  $  12,644.16

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 12,644.16

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 12,644.16

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 137,948.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Advanta Bank Corporation | 14,342.90 | 0.00 | 1,314.65 |
| 2 | PYOD LLC its successors & assigns assigness of Citibank | 11,054.26 | 0.00 | 1,013.21 |
| 3 | Atlas Acquisitions LLC (MBNA America, N.A) | 14,924.64 | 0.00 | 1,367.97 |
| 4 | Atlas Acquisitions LLC (MBNA America, N.A) | 10,993.40 | 0.00 | 1,007.64 |
| 5 | Atlas Acquisitions LLC (Fleet Bank (RI), N.A) | 23,596.87 | 0.00 | 2,162.85 |
| 6 | Atlas Acquisitions LLC (Fleet Bank (RI), N.A) | 4,803.93 | 0.00 | 440.32 |
| 7 | Discover Bank | 13,451.80 | 0.00 | 1,232.97 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 8 | Discover Bank | 10,054.03 | 0.00 | 921.53 |
| 9 | Capital One Bank (USA), N.A. | 9,089.51 | 0.00 | 833.13 |
| 10 | American Express Centurion | 10,165.71 | 0.00 | 931.77 |
| 11 | LVNV Funding, LLC assigns as assignee of FIA Card Services N | 9,016.77 | 0.00 | 826.46 |
| 12 | LVNV Funding, LLC assigns as assignee of FIA Card Services | 5,898.58 | 0.00 | 540.65 |
| 13 | LVNV Funding, LLC assigns as assignee of FIA Card Services N | 556.48 | 0.00 | 51.01 |

Total to be paid for timely general unsecured claims: $ 12,644.16
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/DEBORAH K. EBNER, Trustee
Trustee

DEBORAH K. EBNER, Trustee
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                          Case No. 12-21390-CAD
Piotr Robak                                                     Chapter 7
Katarzyna A Witek-Robak
      Debtors                       CERTIFICATE OF NOTICE
District/off: 0752-1           User: acox                   Page 1 of 2                  Date Rcvd: Apr 22, 2014
                               Form ID: pdf006              Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2014.
db/jdb        +Piotr Robak,    Katarzyna A Witek-Robak,    2831 Ruby Street,    Franklin Park, IL 60131-2623
18957271     #+ABC Truck and Body Repair,    334 W. Grand Ave.,    Elmhurst, IL 60126-1106
18957273      +American Express,    PO Box 981537,   El Paso, TX 79998-1537
18992245       American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
20743035      +Atlas Acquisitions LLC (Fleet Bank (RI), N.A),    294 Union St.,    Hackensack, NJ 07601-4303
20743013      +Atlas Acquisitions LLC (MBNA America, N.A),    294 Union St.,    Hackensack, NJ 07601-4303
18957274     #+Bank of America,    PO Box 15026,   Wilmington, DE 19850-5026
18957275      #Bank of America,    PO Box 17054,   Wilmington, DE 19850-7054
18957276     ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,   DENVER CO 80237-3408
              (address filed with court: Cach LLC,     370 17th St., #5000,    Denver, CO 80202)
20826912       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC 28272-1083
18957278      +Capitol One,    PO Box 3281,   Salt Lake City, UT 84110-3281
18957279      +Chase / Toys R Us,    PO Box 15298,   Wilmington, DE 19850-5298
18957280      +Chase Bank,    PO Box 24696,   Columbus, OH 43224-0696
18957281      +Chase Bank USA,    PO Box 15298,   Wilmington, DE 19850-5298
18957282      +Chase Bank USA NA,    131 S. Dearborn St. 5th fl,    Chicago, IL 60603-5517
18957283      +Citi Cards/Citibank,    PO Box 6500,   Sioux Falls, SD 57117-6500
18957284      +Discover Bank,    Baker & Miller,   29 N. Wacker Dr,    Chicago, IL 60606-3221
18957286      +Equable Ascent Financial,    1120 W. Lake Cook Road #A,    Buffalo Grove, IL 60089-1970
18957287       GMAC Mortgage,    PO Box 4622,   Waterloo, IA 50704-4622
18957289      +Home Depot/Citibank,    PO Box 6497,   Sioux Falls, SD 57117-6497
18957291       Michael Fine,    131 S. Dearborn,   Chicago, IL 60603-5571
18957295     ++STELLAR RECOVERY INC,    1327 US HIGHWAY 2 WEST,    STE 100,   KALISPELL MT 59901-3413
              (address filed with court: Stellar Recovery Inc.,     1845 Highway 93 South #310,
                Kalispell, MT 59901)
18957293      +Sears/CBNA,    701 E. 60th St., North,    PO Box 6241,   Sioux Falls, SD 57117-6241

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18957272       E-mail/Text: bkr@cardworks.com Apr 23 2014 01:27:18     Advanta Bank,    PO Box 844,
                Spring House, PA 19477
20737063       E-mail/Text: bkr@cardworks.com Apr 23 2014 01:27:18     Advanta Bank Corporation,
                Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
19109469      +E-mail/Text: bnc@atlasacq.com Apr 23 2014 01:27:40     Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
18957277      +E-mail/Text: ebn@squaretwofinancial.com Apr 23 2014 01:29:56     Cach LLC/Collect America,
                4340 S. Monaco St., #2,    Denver, CO 80237-3408
18957285       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 23 2014 01:33:14     Discover Financial Services,
                PO Box 15316,    Wilmington, DE 19850-5316
20747194       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 23 2014 01:33:14     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
18957288       E-mail/Text: bankruptcy.notices@hdfsi.com Apr 23 2014 01:30:12     Harley Davidson Credit Corp,
                PO Box 22048,    Carson City, NV 89721-2048
21079521       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 23 2014 01:33:04
                LVNV Funding, LLC its successors and assigns as,    assignee of FIA Card Services, N.A.,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
18957292      +E-mail/Text: bankrup@aglresources.com Apr 23 2014 01:27:26     Nicor Gas,    PO Box 8350,
                Aurora, IL 60507-8577
20737074      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 23 2014 01:33:04
                PYOD, LLC its successors and assigns as assignee,    of Citibank (South Dakota), N.A.,
                Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
18957294      +E-mail/Text: jpratt@southeastfinancial.org Apr 23 2014 01:29:29     Southeast Financial CU,
                PO Box 331788,    Nashville, TN 37203-7517
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Law Office of Deborah Kanner Ebner
21061485*      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
20743036*     +Atlas Acquisitions LLC (Fleet Bank (RI), N.A.),   294 Union St.,   Hackensack, NJ 07601-4303
18957290    ##+HSBC Best Buy,   PO Box 15521,   Wilmington, DE 19850-5521
                                                                              TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: acox              Page 2 of 2            Date Rcvd: Apr 22, 2014
                              Form ID: pdf006         Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2014                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2014 at the address(es) listed below:

```
          Deborah   Kanner Ebner    dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
           admin.assistant@debnertrustee.com
          Deborah   Kanner Ebner    on behalf of Trustee Deborah  Kanner Ebner dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
           admin.assistant@debnertrustee.com
          Deborah K Ebner    on behalf of Trustee Deborah  Kanner Ebner dkebner@deborahebnerlaw.com,
           sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Rachael A Stokas    on behalf of Creditor   GMAC Mortgage, LLC (successor by merger to GMAC
           Mortgage Corp.) ND-Two@il.cslegal.com
          Susan A Goreczny    on behalf of Joint Debtor Katarzyna A Witek-Robak susan804@ameritech.net
          Susan A Goreczny    on behalf of Debtor Piotr  Robak susan804@ameritech.net
                                                                                             TOTAL: 7
```