**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:  ROBAK, PIOTR                                          Case No. 12-21390
        WITEK-ROBAK, KATARZYNA A

_____,                 Chapter   7
                    Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   DEBORAH K. EBNER, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $168,325.13            Assets Exempt:  $60,606.04
*(without deducting any secured claims)*

Total Distribution to Claimants: $12,644.16      Claims Discharged
                                                 Without Payment: $182,848.46

Total Expenses of Administration: $19,855.84

---

   3)  Total gross receipts of $     47,500.00    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $     15,000.00  (see **Exhibit 2**), yielded net receipts of  $32,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $185,533.84 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,818.95 | 19,855.84 | 19,855.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 202,061.86 | 137,948.88 | 137,948.88 | 12,644.16 |
| **TOTAL DISBURSEMENTS** | $387,595.70 | $143,767.83 | $157,804.72 | $32,500.00 |

4) This case was originally filed under Chapter 7 on May 25, 2012. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/26/2014            By: /s/DEBORAH K. EBNER, Trustee
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Debtor's personal injury claim arising from acci | 1242-000 | 47,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$47,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Piotr & Katarzyna Robak | Ref # EXEMPTION CLAIM | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Harley Davidson Credit Corp | 4110-000 | 16,832.38 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank | 4110-000 | 75,386.64 | N/A | N/A | 0.00 |
| NOTFILED | GMAC Mortgage | 4110-000 | 93,314.82 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$185,533.84** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 4,000.00 | 4,000.00 | 4,000.00 |
| DEBORAH K. EBNER | 2200-000 | N/A | 277.26 | 277.26 | 277.26 |
| International Sureties | 2300-000 | N/A | 25.14 | 25.14 | 25.14 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Deborah K. Ebner, ESQ. | 3110-000 | N/A | 1,479.50 | 1,479.50 | 1,479.50 |
| James A. Hannan, Ltd & LaRose & Bosco, Ltd | 3220-610 | N/A | 0.00 | 2,161.89 | 2,161.89 |
| James A. Hannan, Ltd & LaRose & Bosco, Ltd | 3210-600 | N/A | 0.00 | 11,875.00 | 11,875.00 |
| Rabobank, N.A. | 2600-000 | N/A | 37.05 | 37.05 | 37.05 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,818.95 | $19,855.84 | $19,855.84 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Advanta Bank Corporation | 7100-000 | 17,337.00 | 14,342.90 | 14,342.90 | 1,314.65 |
| 2 | PYOD LLC its successors & assigns assigness of | 7100-000 | 10,833.00 | 11,054.26 | 11,054.26 | 1,013.21 |
| 3 | Atlas Acquisitions LLC (MBNA America, N.A) | 7100-000 | 14,925.00 | 14,924.64 | 14,924.64 | 1,367.97 |
| 4 | Atlas Acquisitions LLC (MBNA America, N.A) | 7100-000 | 10,993.00 | 10,993.40 | 10,993.40 | 1,007.64 |
| 5 | Atlas Acquisitions LLC (Fleet Bank (RI), N.A) | 7100-000 | 23,597.00 | 23,596.87 | 23,596.87 | 2,162.85 |
| 6 | Atlas Acquisitions LLC (Fleet Bank (RI), N.A) | 7100-000 | 9,607.00 | 4,803.93 | 4,803.93 | 440.32 |
| 7 | Discover Bank | 7100-000 | 14,426.12 | 13,451.80 | 13,451.80 | 1,232.97 |
| 8 | Discover Bank | 7100-000 | 10,054.00 | 10,054.03 | 10,054.03 | 921.53 |
| 9 | Capital One Bank (USA), N.A. | 7100-000 | 7,667.00 | 9,089.51 | 9,089.51 | 833.13 |
| 10 | American Express Centurion | 7100-000 | 10,165.00 | 10,165.71 | 10,165.71 | 931.77 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | LVNV Funding, LLC assigns as assignee of FIA Card | 7100-000 | 9,016.00 | 9,016.77 | 9,016.77 | 826.46 |
| 12 | LVNV Funding, LLC assigns as assignee of FIA Card | 7100-000 | 5,898.00 | 5,898.58 | 5,898.58 | 540.65 |
| 13 | LVNV Funding, LLC assigns as assignee of FIA Card | 7100-000 | N/A | 556.48 | 556.48 | 51.01 |
| NOTFILED | HSBC Best Buy | 7100-000 | 3,120.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank USA | 7100-000 | 3,093.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot/Citibank | 7100-000 | 4,387.00 | N/A | N/A | 0.00 |
| NOTFILED | ABC Truck and Body Repair | 7100-000 | 5,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank USA NA | 7100-000 | 1,985.01 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 36.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase / Toys R Us | 7100-000 | 326.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank USA | 7100-000 | 5,744.00 | N/A | N/A | 0.00 |
| NOTFILED | Equable Ascent Financial | 7100-000 | 340.00 | N/A | N/A | 0.00 |
| NOTFILED | Southeast Financial CU | 7100-000 | 1,437.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot/Citibank | 7100-000 | 1,335.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank USA NA | 7100-000 | 7,952.73 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 6,331.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 7,312.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/CBNA | 7100-000 | 8,645.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$202,061.86** | **$137,948.88** | **$137,948.88** | **$12,644.16** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-21390  
**Case Name:** ROBAK, PIOTR  
WITEK-ROBAK, KATARZYNA A  
**Period Ending:** 10/26/14

**Trustee:** (330480) DEBORAH K. EBNER, Trustee  
**Filed (f) or Converted (c):** 05/25/12 (f)  
**§341(a) Meeting Date:** 07/31/12  
**Claims Bar Date:** 10/16/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Vacant lot, Brooksville, Florida, owns jointly w | 2,000.00 | 0.00 | | 0.00 | FA |
| 2  Single family residence, Location: 2831 Ruby Str | 135,000.00 | 0.00 | | 0.00 | FA |
| 3  Business checking account, P & K Trucking with T | 665.92 | 0.00 | | 0.00 | FA |
| 4  Joint checking account, Chase Bank, Account #479 | 24.49 | 0.00 | | 0.00 | FA |
| 5  Checking account, TCF Bank, Account No. 5787 | 423.68 | 0.00 | | 0.00 | FA |
| 6  2 couches, bookcase, desk, chair, table, lamp, r | 1,590.00 | 0.00 | | 0.00 | FA |
| 7  Family wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 8  Roller blades, 3 bicycles, camera | 140.00 | 0.00 | | 0.00 | FA |
| 9  IRA account, Merrill Edge, Acct. No. 36R49 | 356.04 | 0.00 | | 0.00 | FA |
| 10  1997 Pontiac Bonneville | 2,750.00 | 0.00 | | 0.00 | FA |
| 11  2000 Nissan Quest | 2,350.00 | 0.00 | | 0.00 | FA |
| 12  2010 Harley-Davidson Eletra Glide Classic | 14,525.00 | 0.00 | | 0.00 | FA |
| 13  1999 Freightliner FLD tracker trailer | 7,500.00 | 0.00 | | 0.00 | FA |
| 14  Debtor's personal injury claim arising from acci  (u) | Unknown | Unknown | | 47,500.00 | FA |
| **14  Assets  Totals** (Excluding unknown values) | **$168,325.13** | **$0.00** | | **$47,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee in process of preparing Final Account.

**Initial Projected Date Of Final Report (TFR):**     December 31, 2018      **Current Projected Date Of Final Report (TFR):**     April 17, 2014  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-21390  
**Case Name:** ROBAK, PIOTR  
WITEK-ROBAK, KATARZYNA A  
**Taxpayer ID #:** **-***0723  
**Period Ending:** 10/26/14

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/09/14 | {14} | Insurance Agents Co-Operative Inc. | Settlement | 1242-000 | 14,036.89 | | 14,036.89 |
| 01/09/14 | {14} | Insurance Agents Co-Operative Inc. | Settlement | 1242-000 | 15,000.00 | | 29,036.89 |
| 01/09/14 | {14} | Insurance Agents Co-Operative Inc. | Settlement | 1242-000 | 18,463.11 | | 47,500.00 |
| 01/11/14 | 101 | Piotr & Katarzyna Robak | Ref # EXEMPTION CLAIM | 8100-002 | | 15,000.00 | 32,500.00 |
| 01/11/14 | 102 | James A. Hannan, Ltd & LaRose & Bosco, Ltd | Ref # HANNAN/BOSCO | 3220-610 | | 2,161.89 | 30,338.11 |
| 01/11/14 | 103 | James A. Hannan, Ltd & LaRose & Bosco, Ltd | Ref # HANNAN/BOSCO<br>Voided on 01/13/14 | 3210-600 | | 11,875.00 | 18,463.11 |
| 01/13/14 | 103 | James A. Hannan, Ltd & LaRose & Bosco, Ltd | Ref # HANNAN/BOSCO<br>Voided: check issued on 01/11/14 | 3210-600 | | -11,875.00 | 30,338.11 |
| 01/13/14 | 104 | James A. Hannan, Ltd & LaRose & Bosco, Ltd | Ref # HANNAN/BOSCO | 3210-600 | | 11,875.00 | 18,463.11 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.05 | 18,426.06 |
| 02/03/14 | 105 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2014 FOR CASE #12-21390, Bond #016026455 | 2300-000 | | 25.14 | 18,400.92 |
| 05/28/14 | 106 | DEBORAH K. EBNER | Dividend paid 100.00% on $4,000.00, Trustee Compensation; Reference: | 2100-000 | | 4,000.00 | 14,400.92 |
| 05/28/14 | 107 | DEBORAH K. EBNER | Dividend paid 100.00% on $277.26, Trustee Expenses; Reference: | 2200-000 | | 277.26 | 14,123.66 |
| 05/28/14 | 108 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $1,479.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,479.50 | 12,644.16 |
| 05/28/14 | 109 | Advanta Bank Corporation | Dividend paid 9.16% on $14,342.90; Claim# 1; Filed: $14,342.90; Reference: XXXX-XXXX-XXXX-9017 | 7100-000 | | 1,314.65 | 11,329.51 |
| 05/28/14 | 110 | PYOD LLC its successors & assigns assignees of Citibank | Dividend paid 9.16% on $11,054.26; Claim# 2; Filed: $11,054.26; Reference: XXXX-XXXX-XXXX-XXXX | 7100-000 | | 1,013.21 | 10,316.30 |
| 05/28/14 | 111 | Atlas Acquisitions LLC (MBNA America, N.A) | Dividend paid 9.16% on $14,924.64; Claim# 3; Filed: $14,924.64; Reference: XXXXXXXXXXX | 7100-000 | | 1,367.97 | 8,948.33 |
| 05/28/14 | 112 | Atlas Acquisitions LLC (MBNA America, N.A) | Dividend paid 9.16% on $10,993.40; Claim# 4; Filed: $10,993.40; Reference: XXXXXXXXXXX | 7100-000 | | 1,007.64 | 7,940.69 |
| 05/28/14 | 113 | Atlas Acquisitions LLC (Fleet Bank (RI), N.A | Dividend paid 9.16% on $23,596.87; Claim# 5; Filed: $23,596.87; Reference: XXXXXXXXXXX | 7100-000 | | 2,162.85 | 5,777.84 |
| 05/28/14 | 114 | Atlas Acquisitions LLC (Fleet Bank (RI), N.A | Dividend paid 9.16% on $4,803.93; Claim# 6; Filed: $4,803.93; Reference: | 7100-000 | | 440.32 | 5,337.52 |

Subtotals : $47,500.00   $42,162.48

{} Asset reference(s)

Printed: 10/26/2014 07:21 PM   V.13.18

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-21390  
**Case Name:** ROBAK, PIOTR  
    WITEK-ROBAK, KATARZYNA A  
**Taxpayer ID #:** **-***0723  
**Period Ending:** 10/26/14  

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7566 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | XXXX-XXXX-XXXX-5205 | | | | |
| 05/28/14 | 115 | Discover Bank | Dividend paid 9.16% on $13,451.80; Claim# 7; Filed: $13,451.80; Reference: XXXX-XXXX-XXXX-0632 | 7100-000 | | 1,232.97 | 4,104.55 |
| 05/28/14 | 116 | Discover Bank | Dividend paid 9.16% on $10,054.03; Claim# 8; Filed: $10,054.03; Reference: XXXX-XXXX-XXXX-7460 | 7100-000 | | 921.53 | 3,183.02 |
| 05/28/14 | 117 | Capital One Bank (USA), N.A. | Dividend paid 9.16% on $9,089.51; Claim# 9; Filed: $9,089.51; Reference: XXXX-XXXX-XXXX-4168 | 7100-000 | | 833.13 | 2,349.89 |
| 05/28/14 | 118 | American Express Centurion | Dividend paid 9.16% on $10,165.71; Claim# 10; Filed: $10,165.71; Reference: XXXX-XXXXXX-X1000 | 7100-000 | | 931.77 | 1,418.12 |
| 05/28/14 | 119 | LVNV Funding, LLC assigns as assignee of FIA Card Services N | Dividend paid 9.16% on $9,016.77; Claim# 11; Filed: $9,016.77; Reference: XXXX-XXXX-XXXX-0863 | 7100-000 | | 826.46 | 591.66 |
| 05/28/14 | 120 | LVNV Funding, LLC assigns as assignee of FIA Card Services | Dividend paid 9.16% on $5,898.58; Claim# 12; Filed: $5,898.58; Reference: XXXX-XXXX-XXXX-9929 | 7100-000 | | 540.65 | 51.01 |
| 05/28/14 | 121 | LVNV Funding, LLC assigns as assignee of FIA Card Services N | Dividend paid 9.16% on $556.48; Claim# 13; Filed: $556.48; Reference: | 7100-000 | | 51.01 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 47,500.00 | 47,500.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 47,500.00 | 47,500.00 | |
| Less: Payments to Debtors | | 15,000.00 | |
| **NET Receipts / Disbursements** | **$47,500.00** | **$32,500.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7566** | 47,500.00 | 32,500.00 | 0.00 |
| | $47,500.00 | $32,500.00 | $0.00 |

{} Asset reference(s)          Printed: 10/26/2014 07:21 PM    V.13.18